IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 21-1522 (LPS) ) |
| CORERX, INC., | ) ) ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Azurity Pharmaceuticals, Inc. hereby notifies the Court of the dismissal **without prejudice** of all claims against Defendant CoreRx, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). Defendant has neither served an answer nor a motion for summary judgment in this action.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiff Azurity Pharmaceuticals, Inc.*

November 26, 2021